RECEIVED

**RICHARD E. DORR**
DISTRICT JUDGE

2007 JUL 31  A 10: 50 (417) 865-3741

July 25, 2007

FINANCIAL
DISCLOSURE OFFICE

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, NE
Suite 2-301
Washington, DC 20544

    *In re:  Calendar Year 2006 Filing*

Dear Committee Members:

    I am writing this letter in response to your letter dated July 9, 2007.

    <u>Part VII, page 4, line 2</u>: The item in question is a CD acquired by ▮▮▮▮ The information you requested is as follows:

| ColumnValue | Value |
|---|---|
| B (1) | A |
| B (2) | Interest |
| C (1) | J |
| C (2) | T |
| D (3) | J |

    <u>Part VII, page 6, line 46</u>: This entry should be renamed "Guaranty Bank - accounts." It represents a no interest checking account and a money market account utilized with the estate trust. The only purpose for these accounts was to hold and disburse funds from the redeemed investments. These accounts were opened in 2005 and were inadvertently omitted from my 2005 report.

    Please let me know if you need any additional information.

                Sincerely yours,



                Richard E. Dorr, Judge
                United States District Court

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Dorr, Richard E | 2. Court or Organization<br><br>US Dist Ct Western District MO | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active US District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>222 John Q. Hammons Parkway<br>Suite 3100<br>Springfield MO 65806 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Estate Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 P 1:16 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Commerce Bank Account | A | Interest | J | T | | | | | |
| 2.  Signature Bank CD (X) | | | | | buy | 01/07 | | | |
| 3.  BROKERAGE ACCOUNT #1 Edward Jones | | | | | | | | | |
| 4.  - O'Reilly Automotive (ORLY) Common Stock | | None | M | T | | | | | |
| 5.  - Growth Fund of America Mutual Fund (AGTHX) | | None | J | T | | | | | |
| 6.  - SunAmerica Life Ins Polaris Variable Annuity | | None | K | T | | | | | |
| 7.  - Hartford Life Director Variable Annuity | | None | K | T | | | | | |
| 8.  -Great Southern Bank (GSBC) Comm Stk | A | Dividend | J | T | | | | | |
| 9.  - Guaranty Fed Bancshares Inc (GFED) Comm Stk | B | Dividend | L | T | buy | 01/12 | K | | |
| 10.  USAA Investment Mgmt Co. IRA | C | Dividend | M | T | | | | | |
| 11.  - USAA GNMA Trust | B | | | | | | | | |
| 12.  - USAA High-Yield Opportunities fund | A | | | | | | | | |
| 13.  - USAA Income Fund | A | | | | | | | | |
| 14.  - USAA Income Stk Fund | A | | | | | | | | |
| 15.  - USAA S & P 500 Index Fund Member Shares | A | | | | | | | | |
| 16.  - USAA Short-Term Bond Fund | A | | | | | | | | |
| 17.  Springfield Trust Co. CONDUIT IRA | E | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - CASH EQUIVALENTS | | | | | | | | | |
| 19.  -- Goldman Sachs F/S Federal Money Market Fund | | | | | | | | | |
| 20.  - FIXED INCOME SECURITIES | | | | | | | | | |
| 21.  -- FNMA 4% 10/14/15 | | | | | | | | | |
| 22.  - CORPORATE BDS & NTS | | | | | | | | | |
| 23.  -- Citicorp Note 6.37% 1/15/06 | | | | | sell | 01/17 | J | | |
| 24.  - FIXED INCOME FUNDS | | | | | | | | | |
| 25.  -- Federated Total Return Bond Fund #328 | | | | | buy | 11/07 | J | | |
| 26.  --Fed Ultra-Sht 108-NW | | | | | | | | | |
| 27.  Pimco Foreign Bond FD Unhedged | | | | | buy | 11/07 | K | | |
| 28.  -- VGD Interim Bd #5314 | | | | | | | | | |
| 29.  -- VGD GNMA Fund #536 | | | | | buy | 11/07 | J | | |
| 30.  - EQUITY MUTUAL FUNDS | | | | | | | | | |
| 31.  -- VGD Star FD Dev Mkt Stk Index #227 | | | | | part sell | 11/07 | J | A | |
| 32.  VGD IND 500 - INST #94 | | | | | buy | 11/07 | J | | |
| 33.  -- DFA Invt Dimensions Group US Micro Cap | | | | | buy | 11/07 | J | | |
| 34.  -- DFA Invt Dimensions Group US Sml Cap | | | | | part sell | 11/07 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -- DFA Invt Dimensions Group US Sml Cap Val | | | | | part sell | 11/07 | K | B | |
| 36. -- DFA Invt Dimensions Group Large Cap Val | | | | | part sell | 11/07 | J | A | |
| 37. --DFA Invt Dimensions Group Intl Value PTF | | | | | part sell | 11/07 | J | A | |
| 38. --DFA Invt Dimensions Group Intl Smcap Val | | | | | part sell | 11/07 | K | C | |
| 39. -- DFA Invt Dimensions Group Intl Sml Ptfl | | | | | part sell | 11/07 | J | A | |
| 40. --DFA Invt Dimensions Group EMERG MKTS VAL | | | | | sell | 11/07 | J | A | |
| 41. Ozark National Ordinary Life Ins. Policy | A | Interest | J | T | | | | | |
| 42. EstateTrust #1 | D | Interest | M | T | | | | | |
| 43. - Charles Schwab Money Market Fund | | | | | redeem | 3/14 | M | | |
| 44. - Time Warner Stk Options | | | | | redeem | 3/23 | J | | |
| 45. - Fidelity (Time Warner Savings) | | | | | redeem | 5/17 | M | | |
| 46. - Guaranty Bank Account | E | Interest | M | T | | | | | |
| 47. Revocable Trust #1 | B | Dividend | M | T | | | | | |
| 48. - Cash Equivalents | | | | | | | | | |
| 49. --Goldman Sachs F/S Federal Money Market Fund (X) | | | | | | | | | |
| 50. - Fixed Income Funds | | | | | | | | | |
| 51. -- Fed Total Return Bond Fund #328 (X) | | | | | buy | 09/05 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | buy | 09/20 | J | | |
| 53.  --Fed Ultra-Sht 108 NW (X) | | | | | buy | 09/05 | J | | |
| 54. | | | | | part sell | 09/20 | J | | |
| 55.  --Pimco Foreign Bond FD Unhedged (X) | | | | | buy | 09/05 | J | | |
| 56. | | | | | buy | 09/20 | J | | |
| 57.  --VGD Interm BD #5314 (X) | | | | | buy | 09/05 | J | | |
| 58. | | | | | part sell | 09/20 | J | | |
| 59.  --Vanguard GNMA Fund #536 ADM SH (X) | | | | | buy | 09/05 | J | | |
| 60. | | | | | buy | 09/20 | J | | |
| 61.  -Equity Mutual Funds | | | | | | | | | |
| 62.  --DFA Invt Dimensions Group US Micro Cap (X) | | | | | buy | 09/05 | J | | |
| 63. | | | | | part sell | 09/20 | J | A | |
| 64.  --DFA Invt Dimensions Group Intl Sml PTFL (X) | | | | | buy | 09/06 | J | | |
| 65. | | | | | buy | 09/20 | J | | |
| 66.  --DFA Invt Dimensions Group Intl SM CAP Val (X) | | | | | buy | 09/05 | J | | |
| 67. | | | | | part sell | 09/20 | J | | |
| 68.  --DFA Invt Dimensions Gp US SML CAP | | | | | buy | 09/05 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dorr, Richard E | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| VAL (X) | | | | | | | | | |
| 69. | | | | | part sell | 09/20 | J | A | |
| 70.  --DFA Invt Dimensions Group LARGE CAP VALUE (X) | | | | | buy | 09/05 | K | | |
| 71. | | | | | part sell | 09/20 | J | A | |
| 72.  --DFA Invt Dimensions Group US SML CAP (X) | | | | | buy | 09/05 | J | | |
| 73. | | | | | part sell | 09/20 | J | A | |
| 74.  --DFA Invt Dimensions Group INTL VALUE PTF (X) | | | | | buy | 09/05 | J | | |
| 75. | | | | | buy | 09/20 | J | | |
| 76.  --VGD Star FD DEV MKT #227 (X) | | | | | buy | 09/05 | J | | |
| 77. | | | | | buy | 09/20 | J | | |
| 78.  --VGD IND 500-INST #94 (X) | | | | | buy | 09/05 | K | | |
| 79. | | | | | buy | 09/20 | J | | |
| 80. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____        Date_____5/14/07_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544